# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **FORSTMAN & CUTCHEN, LLP,** on behalf of itself and all other entities and persons similarly situated,<br><br>    **Plaintiffs,**<br><br>vs.<br><br>**CASE FUNDING INC., et al.,**<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:13-cv-2206-AKK<br>)<br>)<br>)<br>) |

## PRELIMINARY APPROVAL ORDER

WHEREAS, the Court has been advised that the parties to this action, through their counsel, have agreed, subject to Court approval following notice to the Settlement Class and a hearing, to settle this action upon the terms and conditions set forth in the Stipulation of Settlement ("Stipulation of Settlement"), dated as of April 24, 2014, which has been submitted to the Court; and,

WHEREAS, this Court, simultaneously with the signing of this Order, has executed an Order Conditionally Certifying a Settlement Class.

NOW, THEREFORE, based upon the Stipulation of Settlement and all of the files, records, and proceedings herein, and it appearing to the Court that upon

preliminary examination the Stipulation of Settlement appears fair, reasonable, and adequate, and that a hearing should be held after notice to the Settlement Class of the proposed settlement to determine if the Stipulation of Settlement and settlement are fair, reasonable, and adequate and if a Settlement Approval Order and Final Judgment should be entered in this action based upon the Stipulation of Settlement,

      IT IS HEREBY ORDERED THAT:

I.    This Stipulation of Settlement and the settlement contained therein are preliminarily approved as fair, reasonable, and adequate.

2.    The Court approves Steve Tilghman as the Administrator of the Settlement. As soon as practicable, the Administrator shall provide the Notice of Pendency of Class Action and Proposed Settlement ("Class Notice") to the Settlement Class as set forth in the Stipulation of Settlement. As fully detailed in the Stipulation of Settlement, Steve Tilghman shall provide notice of this Class Action and the settlement thereof by facsimile transmission to each Settlement Class member as directed in Section 4.03 if the Stipulation of Settlement. The Notice shall be in substantially the form of Exhibit B to the Stipulation of Settlement.

3.    The costs and expenses of printing, preparing and publishing the Class Notice shall be paid by Defendant Case Funding Inc. (hereafter "Case Funding")

4.    A hearing (the "Final Hearing") shall be held

on July 21, at 9:00 a.m. at the Hugo Black Courthouse in Birmingham, Alabama, as set forth in the Class Notice, doc. 10, to determine whether the proposed settlement of this action is fair, reasonable, and adequate and should be approved. Class Counsel's briefs and supporting papers in support of the proposed settlement, and application for an award of fees and expenses to Class Counsel, shall be filed with the Court no later than three (3) calendar days before the Final Hearing. Any materials Defendants wish to submit relating to the proposed settlement likewise should be submitted at least three (3) calendar days before the Final Hearing. The Final Hearing described in this paragraph may be postponed, adjourned, or continued by order of the Court without further notice to the Settlement Class other than (1) oral notice at such Final Hearing or continuation of the Final Hearing, or (2) written notice to any party who has made any filings with the Court. If such a change in hearing date becomes necessary, it shall be noted on the website established by the Administrator. After the Final Hearing, the Court may enter a Settlement Approval Order and Final Judgment in accordance with the Stipulation of Settlement that will adjudicate the right of all Class members.

   5. Any member of the Settlement Class who objects to approval of the proposed settlement may appear at the Final Hearing in person or through counsel to show cause why the proposed settlement should not be approved as fair, reasonable, and adequate.

6.	Objections to the settlement shall be heard, and any papers or briefs submitted in support of said objections shall be considered by the Court only if no later than fourteen (14) calendar days before the Final Hearing, said objector(s) shall file with the United States District Court for the Northern District of Alabama, Southern Division, (that is, such papers are actually received by such date): (a) the name, signature, title, address, telephone number and facsimile numbers; (b) a notice of intention to appear, either in person or through an attorney, with the name, address and telephone number of the attorney, if any, who will appear; (c) certification that the person is a member of the Settlement Class; (d) a statement of each objection asserted; (e) a detailed description of the facts underlying each objection; (f) a detailed description of the legal authorities, if any, supporting each objection; (g) a list of exhibits and/or affidavits the person may offer during the hearing; and (h) a list of all witnesses the person may call to testify at the hearing, along with a summary of each witness's anticipated testimony, and shall serve copies thereof together with proof of service on or before said date upon each of the following counsel:

 CLASS COUNSEL:

 Samuel M. Hill
 The Law Offices of Sam Hill, LLC
 265 Riverchase Parkway East, Suite 202
 Birmingham, AL 35244

COUNSEL FOR DEFENDANT CASE
FUNDING:
    Jay M. Ezell
    STARNES DAVIS FLORIE LLP
    100 Brookwood Place, Seventh Floor
    Birmingham, AL 35209

    Andrew Gordon
    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
    1285 Avenue of the Americas
    New York, NY  10019-6064

    7.    Any member of the Settlement Class who fails to object in the manner prescribed herein, or who fails to timely serve counsel as described herein, shall be deemed to have waived his or her objections and forever be barred from making any such objections in the lawsuit or in any other action or proceeding.

    8.    Any Settlement Class member who does not make his objection to the settlement in the manner provided herein shall be deemed to have waived any such objection by appeal, collateral attack, or otherwise.

    9.    Any Settlement Class member who wishes to be excluded from this settlement shall, no later than fourteen (14) calendar days before the Final Hearing, mail to the Settlement Administrator, written notice of his or her intention to opt-out. The post-mark on any envelope shall be conclusive of when such notice was mailed; however, it shall not be effective unless it is actually received by the Administrator no later than the day of such Final Hearing.

10. Any notice of a Class member's desire to be excluded from the Settlement Class must state the name and number of this action. No Settlement Class member shall be entitled to be heard or to opt-out of the Settlement Class unless these requirements are satisfied.

11. Any Settlement Class member who does not notify the Court of his or her desire to be excluded from the settlement in the manner provided herein shall be deemed to have waived any such right to opt-out by appeal, collateral attack, or otherwise.

12. The publication of Class Notice as directed in this Order and/or in the Stipulation of Settlement, constitutes the best notice practicable under the circumstances and sufficient notice to all potential members of the Settlement Class. All Settlement Class members, whether they receive notice or not, shall be bound by the judgment.

13. All discovery and other pretrial proceedings in this action are stayed and suspended until further order of this Court, except such actions as may be necessary to implement the Stipulation of Settlement and this Order. Further, any other action asserting the same, or substantially same, claims in this action shall be stayed.

14. In the event that the proposed settlement as provided in the Stipulation of Settlement (in its present form) is not approved by the Court (or such settlement

is reversed by any Court on appeal), or for any reason the parties fail to obtain a Settlement Approval Order and Final Judgment as contemplated in the Stipulation of Settlement, or the Stipulation of Settlement is terminated pursuant to its terms, then the Stipulation of Settlement and all orders entered in connection therewith (including but not limited to the order certifying a settlement class) shall become null and void and of no further force and effect, and shall not be used or referred to for any purposes whatsoever. In such event, the Stipulation of Settlement and all negotiations and proceedings relating thereto shall be withdrawn without prejudice as to the rights of any and all parties thereto, who shall be restored to their respective positions as of the date of the execution of the Stipulation of Settlement. Further, all such orders, negotiations, discussions, drafts and any reference to the Stipulation of Settlement shall not be admissible into evidence in this or any other action.

15. Dates for performance:

(a) All publication of such notice to be completed no later than 28 days prior to the Final Hearing.

(b) Class Counsel to file and serve their papers in support of settlement and request for attorneys' fees no later than three (3) calendar days before the Final Hearing.

(c) Objections to settlement to be filed no later than fourteen (14) calendar days before the Final Hearing.

(d) Notice that a Class member desires to be excluded to the Settlement Class shall be filed no later than fourteen (14) calendar days before the Final Hearing.

(e) Final Approval Hearing to be held July 21, 2014 at 9:00 a.m.

(f) Claim Forms from Settlement Class members shall be actually received by the Settlement Administrator no later than 30 days after the Final Hearing.

**DONE** this the 7th day of May, 2014

                                                                    _____
                                                                    **ABDUL K. KALLON**
                                                                    UNITED STATES DISTRICT JUDGE