IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FORSTMAN & CUTCHEN, LLP, on Behalf of itself and all other entities and persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CASE FUNDING, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:13-cv-2206-AKK<br>)<br>)<br>)<br>)<br>) |

## APPLICATION BY CLASS COUNSEL FOR AWARD OF ATTORNEYS FEES

The Law Offices of Sam Hill, LLC, Class Counsel and Counsel for the Representative Plaintiff Forstman & Cutchen, LLC, respectfully requests approval of attorney fees of $100,000.00 (including fees and costs) to be paid from the common fund in accord with the Settlement Agreement.

Said application and request for class representative fees and attorneys' fee award is in accord with and pursuant to the Settlement Agreement executed in this cause.

Respectfully submitted this 17th day of July, 2014.

*/s/ Samuel M. Hill*
Samuel M. Hill
(ASB-8820-H46S)
Attorney for the Plaintiff
The Law Offices of Sam Hill, LLC
265 Riverchase Parkway E., Suite 202
Birmingham, AL  35244-2898
Telephone:  (205) 985-5099
Facsimile:    (205) 985-5093
E-mail:  sam@samhilllaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of July, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF electronic filing system which will send notification of such filing to all counsel of record as follows:

Jay M. Ezell
Michael A. Florie
C. Clayton Bromberg, Jr.
STARNES DAVIS FLORIE LLP
100 Brookwood Place, Seventh Floor
Birmingham, AL 35209

Andrew Gordon
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064

*/s/ Samuel M. Hill*
SAMUEL M. HILL